No. 308, Misc. KILL v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 309, Misc. FREAPANE v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 338, Misc. CUBBLER v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 340, Misc. RIPPE, EXECUTRIX, v. STAHLHUTH ET AL. C. A. 8th Cir. Certiorari denied. 

No. 344, Misc. BYARS v. SWENSON, WARDEN. C. A. 4th Cir. Certiorari denied. 

No. 349, Misc. BERRY v. McDONNELL, WARDEN. Court of Appeals of New York. Certiorari denied.

No. 363, Misc. MINER v. RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 366, Misc. HOLLY v. PENNSYLVANIA. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 300, October Term, 1950. HALLINAN v. UNITED STATES, 341 U. S. 952. Rehearing denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application.

No. 381. McCARTY ET AL. v. NELSON, ADMINISTRATOR, ET AL., ante, p. 887; and
No. 480. PATERSON PARCHMENT PAPER CO. v. INTERNATIONAL BROTHERHOOD OF PAPER MAKERS ET AL., ante, p. 933. Petitions for rehearing denied.